SCHEDULE OF CONSOLIDATED CASES

*Inland Steel Bar Co. v. United States,* Court No. 93–04–00233.

NTN BEARING CORP. OF AMERICA, AMERICAN NTN BEARING MFG. CORP., AND NTN CORP., PLAINTIFFS *v.* UNITED STATES, U.S. DEPARTMENT OF COMMERCE, AND MICHAEL KANTOR, SECRETARY OF COMMERCE, DEFENDANTS, AND TIMKEN CO., DEFENDANT-INTERVENOR

Court No. 92–03–00167

(Dated September 6, 1996)

JUDGMENT

TSOUCALAS, *Judge:* On June 12, 1996, this Court remanded to the Department of Commerce, International Trade Administration ("Commerce"), one issue arising from the final results of Commerce's administrative review, entitled *Tapered Roller Bearings, Finished and Unfinished, and Parts Thereof, From Japan; Final Results of Antidumping Duty Administrative Review,* 57 Fed. Reg. 4,951 (1992).

On August 12, 1996, Commerce, in compliance with this Court's remand order to recalculate the dumping margins for tapered roller bearings manufactured by NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation and NTN Corporation without imposing the ten percent cap, filed its *Final Results of Redetermination Pursuant to Court Remand, NTN Bearing Corporation of America, American NTN Bearing Mfg. Corporation, and NTN Corporation v. United States, Slip Op. 96–93 (June 12, 1996)* ("Remand Results"), with this Court. Commerce having complied with this Court's remand order, it is hereby

ORDERED that the Remand Results are affirmed, and all other issues having been previously decided, it is further

ORDERED that this case is dismissed.